Sullivan, J

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
Robert A. Wolf (RW-3419)
Benson V. Martin (BM-8897)
*General Counsel for Plaintiff Robert L. Geltzer, as Chapter 7 Trustee of Howard P. Effron*

HODGSON RUSS LLP
1540 Broadway
New York, New York 10036
(212) 751-4300
S. Robert Schrager (RS-0952)
Mark A. Harmon (MH-9126)
*Attorneys for Defendant Utix Group, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT L. GELTZER, as Chapter 7
Trustee of HOWARD P. EFFRON,

     Plaintiff,

v.

UTIX GROUP, INC.,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07-02472 (RJS)

Adversary Proc. No. 07-01292 (PCB)

**STIPULATION AND ORDER
WITHDRAWING THE
BANKRUPTCY REFERENCE
PURSUANT TO 28 USC § 157 (D)**

WHEREAS, Robert L. Geltzer is a Chapter 7 Trustee of Howard P. Effron ("Trustee") in the Chapter 7 bankruptcy case captioned In re: Howard P. Effron (Index No. 05-46742 (PCB)) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Case"), and commenced an adversary proceeding in the Bankruptcy Case against Defendant Utix Group, Inc. ("Utix") under Adversary Proceeding No. 07-01292 (PCB)(the "Adversary Proceeding"). Utix then filed and served a Motion To Withdraw The Bankruptcy Reference with respect to the Adversary Proceeding pursuant to 28 USC § 157(D) ("Motion"). Trustee has no opposition to this Motion.

IT IS HEREBY STIPULATED AND AGREED, by and among the Trustee and Utix, that the Trustee consents to the granting of the Motion. Upon the so ordering of this Stipulation by this Court, the Motion shall be granted and the reference of the Adversary

C046038/0197755/1400970.4

Proceeding to the Bankruptcy Court shall be deemed withdrawn and all further proceedings in the Adversary Proceeding shall be conducted before this Court.

Dated: New York, New York
August 27, 2007

| BRYAN CAVE LLP | HODGSON RUSS LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Robert A. Wolf (RW-3419) | S. Robert Schrager (RS-0952) |
| Benson V. Martin (BM-8897) | Mark A. Harmon (MH-9126) |
| 1290 Avenue of the Americas | 1540 Broadway |
| New York, New York 10104 | New York, New York 10036 |
| (212) 541-2000 | (212) 751-4300 |
| *General Counsel for Plaintiff Robert L. Geltzer, as Chapter 7 Trustee of Howard P. Effron* | *Attorneys for Defendant Utix Group, Inc.* |

SO ORDERED:

*[signature]*

HON. ~~KENNETH M. KARAS~~ Richard Sullivan
UNITED STATES DISTRICT JUDGE

9/25/07

2

C046038/0197755/1400970.4