UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: Howard P. Effron                                          :
                                                                 :
Debtor- Howard P. Effron                                         :
                                                                 :
Robert L. Geltzer as Chapter 7 Trustee of Howard                 :
P. Effron                                                        :
                              Plaintiff(s),         :    Case No.: 07 cv 02472 (RJS)
                                                                 :
            - against -                              :
                                                                 :
Utix Group, Inc.,                                                :    **NOTICE OF**
                                                                 :    **APPEARANCE**
                              Defendant(s).         :
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that defendant Utix Group, Inc., hereby appears in the above-caption action by its attorney, Mark A. Harmon, of the firm of Hodgson Russ, LLP.

Dated: New York, New York
       November 16, 2007

                                                        HODGSON RUSS LLP

                                                         By: _____
                                                          Mark A. Harmon
                                                          1540 Broadway, 24th Floor
                                                           New York, New York 10036-4039
                                                           212-751-4300
                                                           *Attorney for Defendant Utix Group, Inc.*