UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

*In re: Howard P. Effron*

*Debtor- Howard P. Effron*

*Robert L. Geltzer as Chapter 7 Trustee of Howard P. Effron*

 *-v-*       *Plaintiff*

*Utix Group, Inc.*

        *Defendant.*

Case No.07 cv 02472(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

 The above entitled action is referred to Magistrate Judge Katz for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:\_\_\_\_

_x_ Settlement* -The parties request a settlement conference early February, 2008.

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:\_\_\_\_

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:\_\_\_\_

 All such motions: \_\_\_\_

\* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
     Nov. 28, 2007

RICHARD J. SULLIVAN
United States District Judge