UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
In re:                                            : Chapter 7
                                                  :
   HOWARD P. EFFRON,                              : Case No. 05-46742 (PCB)
                                                  :
                    Debtor.                      :
                                                  :
------------------------------------------------- x
ROBERT L. GELTZER, as Chapter 7                   : Adversary Proc. No.
Trustee of HOWARD P. EFFRON,                      :
                                                  : Case No. 07-cv-02472 (RJS)
                 Plaintiff,                       :
     v.                                           : **ORDER**
                                                  :
UTIX GROUP, INC.,                                 :
                                                  :
                Defendant.                        :
------------------------------------------------- x

      **UPON**, the parties' Stipulation Withdrawing The Bankruptcy Reference Pursuant To 28 USC § 157(D), so ordered by this Court on September 25, 2007, it is hereby

      **ORDERED**, that the caption of the instant action shall be amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
ROBERT L. GELTZER, as Chapter 7                   :
Trustee of HOWARD P. EFFRON,                      : Case No. 07-cv-02472 (RJS)
                                                  :
                 Plaintiff,                       :
     v.                                           :
                                                  :
UTIX GROUP, INC.,                                 :
                                                  :
                Defendant.                        :
------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

Dated: New York, New York
       December 7, 2007

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2