

SCOTT J. PASHMAN
T: (212) 479-6610
F: (212) 479-6275
spashman@cooley.com

VIA FACSIMILE



February 1, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

**RE: Robert L. Geltzer, as Chapter 7 Trustee of Howard P. Effron v. Utix Group, Inc.
Case No. 07-CV-2472 (RJS) (THK)**

Dear Magistrate Judge Katz:

The Utix Group, Inc. ("Utix") has requested that Cooley Godward Kronish LLP appear in this matter in substitution of Hodgson Russ LLP. We write in support of Utix's request for an adjournment of the settlement conference that is scheduled for February 5, 2008, at 10:00 a.m. On February 1, 2008, I spoke with Robert A. Wolf, Esq., plaintiff's counsel, who informed me that plaintiff consents to Utix's request to adjourn the settlement conference. Also on February 1, Mr. Wolf, Jacquelyn R. Trussell, Esq, Utix's present counsel, and I spoke with Ms. Daley regarding potential dates when the settlement conference might be rescheduled in March. We agreed to notify chambers early next week of the dates when counsel and the parties are available.

Respectfully,

Scott J. Pashman

cc: Robert A. Wolf, Esq.
Benson V. Martin, Esq.
Jacquelyn R. Trussell, Esq.
Robert B. Lovett, Esq. (interoffice)

*The February 5, 2008 conference is adjourned.*

2/4/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM