UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ROBERT L. GELTZER, as Chapter 7 Trustee :
of HOWARD P. EFFRON,
: Case No. 07-cv-2472 (RJS) (THK)
      Plaintiff,
: **NOTICE OF APPEARANCE**
  -against-   ECF CASE
:
UTIX GROUP, INC.,
:
      Defendant. :
------------------------------------- X

To the Clerk of the Court and all parties of record:

    Gregory G. Plotko, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant Utix Group, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: New York, New York<br>       March 18, 2008 | COOLEY GODWARD KRONISH LLP<br><br>By: /s/ Gregory G. Plotko<br>    Gregory G. Plotko (GP-9234)<br><br>    1114 Avenue of the Americas<br>    New York, NY 10036<br>    (212) 479-6000<br>    gplotko@cooley.com<br><br>    *Attorneys for Defendant*<br>    *Utix Group, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served in compliance with the Federal Rules of Civil Procedure by electronic service through the CM/ECF system on March 18, 2008, upon:

> Robert A. Wolf
> Bryan Cave LLP
> 1290 Avenue of the Americas
> New York, NY 10104
> rawolf@bryancave.com
> Counsel to Plaintiff

By: /s/ Gregory G. Plotko
Gregory G. Plotko (GP-9234)