UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER,

                Plaintiff,

-v-

UTIX GROUP, INC.,

                Defendant.

No. 07 Civ. 2472 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

RICHARD J. SULLIVAN, District Judge:

By letter dated May 13, 2008, defendant requests an adjournment of the conference previously scheduled for May 14, 2008, in anticipation of its filing of a Chapter 7 bankruptcy petition. Plaintiff does not oppose defendant's request for an adjournment.

IT IS HEREBY ORDERED that the conference previously scheduled for May 14, 2008 is ADJOURNED without further date.

IT IS FURTHER ORDERED that the parties shall submit a joint letter within three days of the filing of a bankruptcy petition by defendant or, at the latest, within two weeks of the date of this Order regarding their positions as to the status of this action during the pendency of bankruptcy proceedings involving defendant.

SO ORDERED.

Dated:      New York, New York
              May 13, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE