UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

ROBERT L. GELTZER AS CHAPTER 7
TRUSTEE OF HOWARD P. EFFRON

                                Plaintiffs.

-v-

UTIX GROUP UNC.

                                Defendant.

Case No. 07-CV-02472 (RJS)

SUSPENSE ORDER

RICHARD J. SULLIVAN, District Judge:

        The defendant in this action having become the subject of a petition in bankruptcy, thus staying further prosecution of the action in this Court with respect to the defendant during the bankruptcy proceedings, it is hereby

        ORDERED, that this case be transferred to the Suspense Docket of this Court with leave to either party to apply on five (5) days's notice for its restoration to the active calendar of this court.

        So Ordered,

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2008
New York, New York

# Cooley
## GODWARD KRONISH LLP

GREGORY G. PLOTKO
(212) 479-6146
Fax (212) 504-8057
gplotko@cooley.com



RECEIVED
MAY 2 2 2008
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

VIA FACSIMILE

May 21, 2008

The Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

RE: **Robert L. Geltzer, as Chapter 7 Trustee of Howard P. Effron v. Utix Group, Inc.
Case No. 07-CV-2472 (RJS) (THK)**

Dear Judge Katz:

This firm represents the Defendant, Utix Group, Inc. ("Utix") in the above-referenced action.

I am writing in furtherance of my letter to the Court dated May 12, 2008 respecting Utix's impending bankruptcy. A voluntary Chapter 7 bankruptcy petition was filed on May 20, 2008 in the United States Bankruptcy Court for the District of Massachusetts, Case No. 08-13681.

A copy of the electronic filing receipt is attached hereto.

Respectfully,

Gregory G. Plotko

cc: Robert A. Wolf, Esq. (by email)
Benson V. Martin, Esq. (by email)
Marc Recht, Esq. (interoffice)
Robert B. Lovett, Esq. (interoffice)
James A. Beldner, Esq. (interoffice)

1442812 v1/NY

## Plotko, Gregory

**From:** DO_NOT_REPLY@mab.uscourts.gov
**Sent:** Tuesday, May 20, 2008 2:21 PM
**To:** help@mab.uscourts.gov
**Subject:** Ch-7 08-13681 Voluntary Petition (Chapter 7);Utix Group, Inc.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Parties and their counsel who receive this Notice of Electronic Filing directly from the court and are registered to this case in ECF may view the filed documents once without charge within 15 days of this notice. To avoid later charges, download a copy of each document during this first viewing.**

### United States Bankruptcy Court

### District of Massachusetts

Notice of Bankruptcy Case Filing

The following transaction was received from Lovett, Robert B entered on 5/20/2008 at 2:20 PM EDT and filed on 5/20/2008
**Case Name:**      Utix Group, Inc.
**Case Number:**    08-13681
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition All Schedules and Statements, Matrix and Disclosure of Attorney Compensation in the Amount of            *(includes Declaration of Electronic Filing)* Filing Fee in the Amount of $299 Filed by Utix Group, Inc.. (Lovett, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** J:\BANKRUPTCY GROUP\Bankruptcy Cases\Utix Group, Inc\ECF Filing Docs\Petition - ECF.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=5/20/2008] [FileNumber=8617965-0
] [5fd39925347cdfb679c68f3c1c30eaabc2d127ef289eb50f672f619616b7a276dc9
490aee9fbd28418a576b5ca3025a39eab3988b260b887f1377420be5cfce6]]

**08-13681 Notice will be electronically mailed to:**

John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

Robert B Lovett on behalf of Utix Group, Inc.    , plotkogg@cooley.com

**08-13681 Notice will not be electronically mailed to:**

5/21/2008